UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATIONAL SIGN & SIGNAL CO.,           )
                                      )
                  Plaintiff,          )          Case No. 1:06-cv-279
                                      )
v.                                    )          Honorable Joseph G. Scoville
                                      )
AMERICAN BRIGHT                       )          **MEMORANDUM OPINION**
OPTOELECTRONICS CORP., et al.,        )
                                      )
                  Defendants.         )
_____)


On March 6, 2008, the court entered a judgment in favor of plaintiff against defendant

American Bright Optoelectronics Corp. "in the amount of $70,790.00, with interest from the date

of judgment at the statutory rate." (docket # 114).  On April 3, 2008, plaintiff filed a bill of costs for

$9,912.48.  (docket # 115).   The largest single item in plaintiff's bill of costs is a request for

$8,478.97 in prejudgment interest. (*Id.* at 2).  On its face, plaintiff's request for prejudgment interest

erroneously includes interest for a post-judgment time period: "Interest on the judgment from the

date of filing [the] Complaint *to the date of filing [the] Bill of Costs*."  (*Id.* at 1)(emphasis added).

Defendant American Bright Optoelectronics Corp. is requesting an adjustment of $292.84 in order

to remove interest for the days after the entry of judgment.  (docket # 116).  Defendant has waived

all other objections.  (*Id.*).  Plaintiff has elected not to file a reply brief.  Thus, the court is left with

the minor discrepancy of $292.84 between the amount plaintiff requests and the amount defendant

American Bright Optoelectronics Corp. concedes it owes.  Plaintiff has not presented the court with

arguments or calculations capable of supporting its entitlement to prejudgment interest for any period after March 6, 2008.

Accordingly, a judgment for costs will be entered in plaintiff's favor against Defendant American Bright Optoelectronics Corp. in the amount of $9,619.64.

Dated:   April 21, 2008                    /s/  Joseph G. Scoville
                                           United States Magistrate Judge